UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THI MY CHAU TRAN,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-05273-DAD-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS* IN PART

(Doc. Nos. 1, 7)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 17, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's *habeas* petition (Doc. No. 1) be granted and she be ordered released from custody.  (Doc. No. 7.)  Specifically, the magistrate judge concluded that petitioner obtained a liberty interest in remaining out of custody when the government previously released her and the government violated her due process rights when it re-detained her without a pre-detention hearing.  (*Id.* at 2–5.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within five (5) days after service.  (*Id.* at 5–6.)  On July 22, 2026, respondents filed objections to the pending findings and

1

recommendations which are comprised of a single sentence stating that respondents object for the same reasons presented in their prior briefing.  (Doc. No. 8.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1.  The findings and recommendations filed on July 17, 2026 (Doc. No. 7), are ADOPTED;

2.  Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED IN PART as follows:

    a.  Respondents are ORDERED to immediately release petitioner Thi My Chau Tran, A-File No. 226-127-895, from respondents' custody on the same conditions she was subject to prior to her re-detention on or about June 27, 2026;

    b.  Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;

    c.  Petitioner's request for attorneys' fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act, are DENIED without prejudice to renewal on a properly noticed and supported motion;

3.  The Clerk of the Court is directed to serve the California City Detention Center with a copy of this order; and

/////

/////

/////

2

4.  The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **July 23, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3